# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04CV318-C

| | |
|---|---|
| MICHAEL EUGENE YOUNG, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATED OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

**THIS MATTER** comes before the Court upon the Defendant's "Rule 753(f) Motion for Transcripts Forma Pauperis" (Document No. 17) filed October 11, 2006.

By his Motion, Defendant seeks to have the Court provide him with free copies of transcripts from his criminal case. Defendant states that he needs these transcripts for his appeal. However, the Court notes that Defendant was sentenced on May 18, 2006 and judgement was entered on June 15, 2006 and no notice of appeal has been filed nor has a Motion to Vacate been filed. Because there is no pending appeal or Motion to Vacate, this Court is without authority to order that Defendant be provided with free transcripts. Indeed, a prisoner is not entitled to a free transcripts without a showing of need, merely to comb the record in hopes of discovering some flaw. United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963).

**NOW, THEREFORE, IT IS HEREBY ORDERED** That Defendant's Motion for Transcripts is Denied.

**SO ORDERED**.

Signed: October 17, 2006

Robert J. Conrad, Jr.
Chief United States District Judge