IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr318

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL EUGENE YOUNG, | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on the defendant's motion to reschedule a hearing (Doc. No. 27) on the defendant's Rule 41(g) Motion for Return of Property (Doc. No. 16).

The Court previously set a hearing on this matter for November 30, 2009, at 9:30 a.m. (Doc. No. 23). Because of other scheduling issues, the hearing was continued.

**IT IS, THEREFORE, ORDERED** that this matter is scheduled for an evidentiary hearing on February 8, 2010, at 2 p.m. in the Charlotte Division.

The Clerk is directed to serve a copy of this Order on the United States Attorney's Office, the United States Marshals Service, and Michael Eugene Young, No. 19860-058, c/o Mecklenburg County Jail, Charlotte, North Carolina, and document such action.

**IT IS FURTHER ORDERED** that the Clerk notify the Fourth Circuit of the status of this matter.

Signed: January 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge