IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr318

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL EUGENE YOUNG, | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the government's motion to continue the hearing (Doc. No. 31) on the defendant's Rule 41(g) Motion for Return of Property (Doc. No. 16).

The Court finds good cause to continue this matter to another date.

**IT IS, THEREFORE, ORDERED** that this matter is scheduled for an evidentiary hearing on March 3, 2010, at 9:30 a.m. in the Charlotte Division.

The Clerk is directed to serve a copy of this Order on the United States Attorney's Office, the United States Marshals Service, and Michael Eugene Young, No. 19860-058, c/o Mecklenburg County Jail, Charlotte, North Carolina, and document such action.

**IT IS FURTHER ORDERED** that the Clerk notify the Fourth Circuit of the status of this matter.

Signed: February 4, 2010

Robert J. Conrad, Jr.
Chief United States District Judge